# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

CHAD D. SEIGEL
Email: cseigel@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

May 28, 2025

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Request GRANTED. Sentencing is adjourned to Monday, August 11, 2025, at 11:00 a.m. Defendant sentencing submission due by July 28, 2025. Government sentencing submission due by August 4, 2025. SO ORDERED.**

Dated: May 29, 2025

Re: **United States v. Otoniel Rodriguez, Docket No.1:25-cr-00093-MMG-1**

Your Honor:

The defense respectfully submits this letter on behalf of defendant Otoniel Rodriguez to request, <u>with the Government's consent</u>, a 60-day adjournment of Mr. Rodriguez's sentencing, currently scheduled for June 12, 2025, along with all related submission deadlines.

This request is made because the defense is still in the process of providing information to the Probation Department and, more significantly, requires additional time to prepare Mr. Rodriguez's sentencing submission. Additionally, defense counsel will be engaged in trial next month, further necessitating the requested adjournment.

This is the first request for an adjournment of sentencing. As noted, the defense has conferred with Assistant U.S. Attorney Adam Sowlati, who consents to this application on behalf of the Government. Accordingly, the defense respectfully requests that Mr. Rodriguez's sentencing and all related deadlines be adjourned for 60 days.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

Chad D. Seigel

cc: AUSA Adam Sowlati