# Tacopina Seigel Trial Lawyers

TACOPINA SEIGEL & DEOREO

CHAD D. SEIGEL
Email: cseigel@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

July 16, 2025

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Request GRANTED. Sentencing is hereby adjourned to Friday, September 12, 2025, at 11:00 a.m.** Defense submission is due by August 29, 2025. Government submission is due by September 5, 2025. The Clerk of Court is respectfully directed to terminate Dkt. No. 50. SO ORDERED.

Dated: July 17, 2025

Re: **United States v. Otoniel Rodriguez, Docket No.1:25-cr-00093-MMG-1**

Your Honor:

The defense respectfully submits this letter on behalf of defendant Otoniel Rodriguez to request, with the Government's consent, that Mr. Rodriguez's sentencing, currently scheduled for August 11, 2025, be adjourned to a date during the week of September 8, 2025, along with all related submission deadlines.

This adjournment is respectfully requested because defense counsel recently concluded a trial and received a verdict only the day before yesterday, and thus requires additional time to prepare Mr. Rodriguez's sentencing submission.

As noted, the defense has conferred with Assistant U.S. Attorney Adam Sowlati, who consents to this application on behalf of the Government. Accordingly, the defense respectfully requests that Mr. Rodriguez's sentencing be rescheduled as outlined above.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

Chad D. Seigel

cc: AUSA Adam Sowlati