# Tacopina Seigel
### Trial Lawyers

TACOPINA SEIGEL & DEOREO

**CHAD D. SEIGEL**
Email: cseigel@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

August 13, 2025

> Request GRANTED. Sentencing is hereby adjourned to Thursday, September 18, 2025 at 1:00 p.m. Defense submission is due by September 4, 2025. Government submission is due by September 11, 2025. The Clerk of Court is respectfully directed to terminate Dkt. No. 54. SO ORDERED.
>
> Dated: August 14, 2025

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Otoniel Rodriguez**
    **Docket No.1:25-cr-00093-MMG-1**

Your Honor:

The defense respectfully submits this letter on behalf of defendant Otoniel Rodriguez to request, with the Government's consent, a brief adjournment of his sentencing, presently scheduled for September 12, 2025. Specifically, we seek a six-day extension to September 18, 2025, with the related submission deadlines correspondingly extended to September 4th and September 11th of 2025.

This short adjournment is necessitated by the fact that defense counsel will be unexpectedly out of the country during the current schedule and requires the additional time to prepare and finalize Mr. Rodriguez's sentencing submission.

As noted, the defense has conferred with Assistant U.S. Attorney Adam Sowlati, who consents to this application on behalf of the Government.

Your Honor's consideration of this application is greatly appreciated.

Respectfully submitted,

Chad D. Seigel

cc: AUSA Adam Sowlati