# Tacopina Seigel | Trial Lawyers

## TACOPINA SEIGEL & DEOREO

**CHAD D. SEIGEL**
EMAIL: cseigel@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone (212) 227-8877
Facsimile (212) 619-1028

September 4, 2025

Request GRANTED. The Clerk of Court is respectfully directed to terminated Dkt. No. 57. SO ORDERED.

Dated: 9/5/2025

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Otoniel Rodriguez**
       **Indictment No. 25-cr-93 (MMG)**

Your Honor:

The defense respectfully submits this letter on behalf of defendant Otoniel Rodriguez, seeking permission to file a redacted version of his sentencing submission. This request arises because the sentencing submission contains highly sensitive information, ▋

Notably, the defense has conferred with AUSA Adam Sowlati, who consents to this application on behalf of the Government.

Finally, because the contents herein reference the same sensitive information, we respectfully request permission to file a redacted version of this letter as well.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully submitted,

Chad D. Seigel

cc:    AUSA Adam Sowlati