UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

                                  Plaintiff(s),

                    -against-

Otoniel Rodriguez

                                  Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2025

25-CR-00093 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Sentencing in this matter is hereby RESCHEDULED to September 18, 2025, at 10:30

a.m. in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY

10007.

Dated:  September 8, 2025
         New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge